**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| Wilmington Trust, National Association, Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1 | CIVIL ACTION NO: 2:20-cv-00049-JDL |
| **Plaintiff** | |
| vs. | RE:<br>6 Killock Drive, East Waterboro, ME 04030 |
| Wayne E. Etheridge and Kimberly F. Etheridge | Mortgage:<br>August 8, 2003<br>Book 13303, Page 003 |
| **Defendants** | |
| Midland Funding LLC<br>Capital One Bank USA NA | |
| **Parties-In-Interest** | |

**JUDGMENT OF FORECLOSURE AND SALE**

**Address:  6 Killock Drive, East Waterboro, ME 04030**
**Mortgage:  August 8, 2003, Book: 13303, Page: 003**

This matter came before the Court pursuant to the Default entered on May 19, 2020 against each of the named Defendants and Parties-in-Interest (ECF No. 10), Fed. R. Civ. P.55(b), this Court's Procedural Order dated June 25, 2020 (ECF No. 12), and the General Orders in response to the recent outbreak of Coronavirus Disease 2019 (COVID-19) in accordance with the *Pandemic/Infectious Disease Plan for the United States District Court for the District of Maine* (March 2020).

Plaintiff, Wilmington Trust, National Association, Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1 ("Wilmington Trust"), was represented by John A. Doonan, Esq. None of the Defendants or other Parties appeared or opposed Plaintiff's Motion for Default Judgment of Foreclosure and Sale.  The Court has jurisdiction over the case under 28 U.S.C.A. § 1332.

1

All persons interested having been duly notified in accordance with the law, and after consideration of the Affidavits with supporting documentary evidence and Memorandum of Law in Support of Plaintiff's Motion for Default Judgment on Documentary Evidence, the Plaintiff's Motion for Default Judgment is **GRANTED**.  Count II – Breach of Note, Count III – Breach of Contract, Money Had and Received, Count IV – Quantum Meruit, and Count V – Unjust Enrichment are hereby **DISMISSED** without prejudice at the request of the Plaintiff.

JUDGMENT on Count I – Foreclosure is hereby **ENTERED** as follows:

1.  If the Defendants or their heirs or assigns pay Wilmington Trust, National Association, Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1 ("Wilmington Trust") the amount adjudged due and owing as of August 31, 2020 (attorney's fees and deficiency are waived) ($305,440.92) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, Wilmington Trust shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket.  The following is a breakdown of the amount due and owing:

| Description | Amount |
| --- | --- |
| Principal Balance | $182,194.02 |
| Interest | $68,806.96 |
| Late Fees | $167.36 |
| Total Fees | $50.00 |
| Escrow Advance | $40,070.21 |
| Recoverable Balance | $14,121.89 |
| Pro Rata MIP/PMI | $30.48 |
| **Grand Total** | **$305,440.92** |

2.  If the Defendants or their heirs or assigns do not pay Wilmington Trust the amount adjudged due and owing ($305,440.92) within 90 days of the Judgment, as that time

period is calculated in accordance with 14 M.R.S.A. § 6322, their remaining rights to possession of the East Waterboro Property shall terminate, and Wilmington Trust shall conduct a public sale of the East Waterboro Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds, first to itself in the amount of $305,440.92 after deducting the expenses of the sale, with any surplus to be disbursed pursuant to Paragraph 5 of this Judgment, and in accordance with 14 M.R.S.A. § 6324. Wilmington Trust may not seek a deficiency judgment against the Defendant, Wayne E. Etheridge, pursuant to the Plaintiff's waiver of deficiency in its Motion.

3. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

4. The amount due and owing is $305,440.92.

5. The priority of interests is as follows:

- Wilmington Trust, National Association, Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1 has first priority, in the amount of $305,440.92, pursuant to the subject Note and Mortgage.

- Midland Funding LLC has second priority but has been defaulted.

- Capital One Bank USA NA has third priority but has been defaulted.

- Kimberly F. Etheridge and Wayne E. Etheridge have fourth priority but have been defaulted.

6. The pre-judgment interest rate is 4.625%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 8.59%, *see* 14 M.R.S.A. § 1602-C.

7. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

3

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | Wilmington Trust, National Association, Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1 1100 North Market Wilmington, DE 19801 | John A. Doonan, Esq. Reneau J. Longoria, Esq. Doonan, Graves & Longoria, LLC 100 Cummings Center Suite 225D Beverly, MA 01915 |
| DEFENDANTS | | |
|  | Kimberly F. Etheridge 3 Johnson Park Road East Waterboro, ME 04030 | Defaulted |
|  | Wayne E. Etheridge 617 Silverthorn Place Groveland, FL 34736 | Defaulted |
| PARTIES-IN-INTEREST | | |
|  | Midland Funding LLC c/o Corporation Service Company 45 Memorial Circle Augusta, ME 04330 | Defaulted |
|  | Capital One Bank USA NA c/o Corporation Service Company 100 Shockoe Slip, 2nd Floor Richmond, VA 23219 | Defaulted |

a) The docket number of this case is 2:20-cv-00049-JDL.

b) All parties to these proceedings received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 6 Killock Drive, East Waterboro, ME 04030, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 6 Killock Drive, East Waterboro, ME 04030.

The Mortgage was executed by the Defendants, Wayne E. Etheridge and Kimberly F. Etheridge, on August 8, 2003.  The book and page number of the Mortgage in the York County Registry of Deeds is Book 13303, Page 003.

e)   This Judgment shall not create any personal liability on the part of the Defendants, but shall act solely as an in rem judgment against the property, 6 Killock Drive, East Waterboro, ME 04030.

**SO ORDERED**

**DATED THIS 27th DAY OF October, 2020**

                                                            _____/s/___JON D. LEVY_____
                                                            **CHIEF U.S. DISTRICT JUDGE**